Hon. David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MARY PAT CLEMONS and SCOTT KENYON LANGE, a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF HEALTH; WASHINGTON STATE NURSING CARE QUALITY ASSURANCE COMMISION; PAULA R. MEYER, in individual and official capacity, LAURIE A. SOINE, in individual and official capacity; and AUGUSTA M. BAYNE, in individual and official capacity,<br><br>Defendants. | NO. 3:21-cv-5770-DGE<br><br>LCR 10(F)  NOTICE OF CHANGE OF EMAIL ADDRESS |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that in accordance with Local Court Rule 10(F), that attorneys, Robert W. Ferguson, Attorney General, and PETER KAY, Assistant Attorney General, the attorney for Defendants STATE OF WASHINGTON, DEPARTMENT OF HEALTH; WASHINGTON STATE NURSING CARE QUALITY ASSURANCE COMMISION; PAULA R. MEYER, in her official capacity, LAURIE A. SOINE, in her

LCR 10(F)  NOTICE OF CHANGE OF EMAIL ADDRESS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

official capacity; and AUGUSTA M. BAYNE, in her official capacity; and PAULA R. MEYER, in her individual capacity; LAURIE A. SOINE, in her individual individual capacity; and AUGUSTA M. BAYNE, in her individual capacity, hereby provide notice to the court that the following change of email address has been made to the attorney of record's PACER account for electronic filing with the Western District of Washington:

Updated email address – Peter.Kay@atg.wa.gov.

DATED this 22nd day of October 2021.

ROBERT W. FERGUSON
Attorney General

*s/ Peter Kay*
_____
PETER KAY, WSBA No. 24331
OID#91023
Assistant Attorney General
PO Box 40126
Olympia WA  98504-0126
Telephone: (360) 586-6300; Fax: (360) 586-6655
E-mail: Peter.Kay@atg.wa.gov
Attorneys for Defendants STATE OF WASHINGTON, DEPARTMENT OF HEALTH; WASHINGTON STATE NURSING CARE QUALITY ASSURANCE COMMISION; PAULA R. MEYER, in her official capacity, LAURIE A. SOINE, in her official capacity; and AUGUSTA M. BAYNE, in her official capacity; and PAULA R. MEYER, in her individual capacity; LAURIE A. SOINE, in her individual individual capacity; and AUGUSTA M. BAYNE, in her individual capacity

LCR 10(F)  NOTICE OF CHANGE OF EMAIL ADDRESS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

## PROOF OF SERVICE

I certify that I served a true and correct copy of this document on all parties or their counsel of record on the date below as follows:

| | |
|---|---|
| MARY P. CLEMONS<br>SCOTT K. LANGE<br>PO BOX 189<br>14025 363RD AVE. SE<br>SULTAN, WA 98294<br>(419) 560-2572 | ☒ U.S. Mail via state Consolidated Mail Service (with proper postage affixed)<br>☐ Courtesy copy via facsimile:<br>☐ Via electronic mail per agreement:<br>Maryclemonscrna1@yahoo.com<br>Scottk_lange@comcast.net<br>☐ ABC/Legal Messenger |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 22nd day of October 2021, at Tacoma, Washington.

ROBERT W. FERGUSON
Attorney General

*s/ Peter Kay*

PETER KAY, WSBA No. 24331
Assistant Attorney General
OID # 91023
Peter.Kay@atg.wa.gov
(360) 586-6300

LCR 10(F)  NOTICE OF CHANGE OF EMAIL ADDRESS     3     ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300