UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY PAT CLEMONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON DEPARTMENT OF HEALTH, et al., <br><br> Defendants. | CASE NO. C21-5770-KKE <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT |

This matter comes before the Court on the parties' stipulated motion for leave to amend the complaint. Dkt. No. 57. The motion (Dkt. No. 57) is GRANTED and Plaintiff may file an amended complaint in the form attached to the stipulated motion. *See* Dkt. No. 57, Ex. A.

Dated this 2nd day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1