UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY PAT CLEMONS, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>STATE OF WASHINGTON DEPARTMENT OF HEALTH, et al.,<br><br>                Defendants. | CASE NO. C21-5770-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT |

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Augusta Bayne. Dkt. No. 60. The motion (Dkt. No. 60) is GRANTED and this matter is dismissed with prejudice as to Ms. Bayne in her individual and official capacity.

Dated this 3rd day of October, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1