THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY PAT CLEMONS and SCOTT KENYON LANGE, a marital community,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF HEALTH; WASHINGTON STATE NURSING CARE QUALITY ASSURANCE COMMISSION, PAULA R. MEYER and LAURIE A. SOINE, in their individual capacities and as agents,<br><br>　　　　　　　　Defendants. | NO. 3:21-cv-05770-KKE<br><br>STIPULATED ORDER OF DISMISSAL AS TO ALL PARTIES WITH PREJUDICE |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 1

Seattle Employment Law Partners, PLLC
705 2nd Avenue, Suite 1200
Seattle, WA 98104
Phone/Fax: (206) 899-5448

COME NOW the parties in the above-captioned matter, having stipulated and agreed that all claims and counterclaims in the above-captioned action are hereby voluntarily dismissed with prejudice as to all Defendants and Plaintiffs, pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure. Each party will bear his or its own costs and expenses, including attorneys' fees. The clerk is directed to close this case.

ORDERED this 29th day of January, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

PRESENTED BY:

| SEATTLE EMPLOYMENT LAW PARTNERS | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| /s/ Sara Amies | s/ Peter Kay |
| SARA AMIES, WSBA# 36626<br>Attorney for Plaintiffs<br>Seattle Employment Law Partners<br>705 2nd Avenue, Suite 1200<br>Seattle, WA 98104 | PETER KAY, WSBA# 24331<br>OID# 91023<br>Assistant Attorney General<br>P.O. Box 40126<br>Olympia, WA 98504<br>Attorney for Defendants |